UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MARCO BEMEJO *et al.*,
:
:
Plaintiffs,
:
:  22 Civ. 1427 (JPC)
-v-
:
:  ORDER
SHAKER CONTRACTORS, CORP. *et al.*,
:
:
Defendants.
:
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On May 4, 2022, the Court granted an extension request from Plaintiffs and rescheduled the default judgment conference in this case. Dkt. 18. The Court directed Plaintiffs to serve the Order on Defendants by May 6, 2022, and to file proof of service on the docket by May 10, 2022. *Id.* No such proof of service was filed. By June 7, 2022, Plaintiffs shall file proof of service or, in the alternative, a status letter indicating that the Court's Order of May 4, 2022 was not served.

SO ORDERED.

Dated: June 6, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge