UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
            :
MARCO BEMEJO *et al.*,                          :
            :
           Plaintiffs,           :
            :    22 Civ. 1427 (JPC)
     -v-                                     :
            :        <u>ORDER</u>
SHAKER CONTRACTORS CORP. *et al.*,      :
            :
          Defendants.        :
            :
            :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The default judgment hearing previously scheduled for June 8, 2022 at 3:00 p.m., Dkt. 19, is adjourned until June 16, 2022 at 3:30 p.m. That hearing shall take place telephonically. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. Plaintiffs shall serve this Order on Defendants via overnight courier by June 9, 2022, and shall file proof of service on the docket on that date.

SO ORDERED.

Dated: June 8, 2022
      New York, New York                _____
                                                 JOHN P. CRONAN
                                          United States District Judge