```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
MARCO BEMEJO et al.,                                             :
                                                                 :
                                 Plaintiffs,                     :
                                                                 :   22 Civ. 1427 (JPC)
                -v-                                              :
                                                                 :   ORDER
SHAKER CONTRACTORS CORP. et al.,                                 :
                                                                 :
                                 Defendants.                     :
                                                                 :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

At the default judgment conference on June 16, 2022, the Court requested supplemental briefing and a revised default judgment on the proper calculation of damages for the revised frequency claim by July 1, 2022. The Court is not in receipt of Plaintiff's briefing. Plaintiff shall submit the documents by July 15, 2022.

SO ORDERED.

Dated: July 7, 2022
      New York, New York
                                                   JOHN P. CRONAN
                                                   United States District Judge